**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION**

**DOROTHY TRIM**                                                                                       **PLAINTIFF**

**VS.**                                           **CIVIL ACTION NO. 5:07cv-207-DCB-JMR**

**WAL-MART STORES, INC.**                     **DEFENDANT/THIRD-PARTY PLAINTIFF**

**VS.**

**STEVENS ROOFING SYSTEMS, a division of
JPS ELASTOMERICS CORPORATION,
JPS ELASTOMERICS CORPORATION f/d/b/a
JP STEVENS & COMPANY, INC., and
CLIFFORD-LEE & ASSOCIATES**                         **THIRD-PARTY DEFENDANTS**

## AGREED JUDGMENT OF DISMISSAL WITHOUT PREJUDICE

THIS CAUSE having come on for consideration on the *ore tenus* motion of Defendant/Third-Party Plaintiff, Wal-Mart Stores, Inc., ("Wal-Mart) through its attorney, for entry of a Judgment of Dismissal to dismiss Wal-Mart's Third-Party Complaint against Clifford-Lee & Associates without prejudice, the Court finds that the relief requested is well founded and should be granted.

**IT IS THEREFORE ORDERED AND ADJUDGED**, that the Third-Party Complaint of Wal-Mart Stores, Inc. against Clifford-Lee & Associates is dismissed without prejudice.

**SO ORDERED AND ADJUDGED**, this the 21st day of October, 2008.

                                                                           s/John M. Roper Sr.
                                                                           **MAGISTRATE JUDGE**

APPROVED AS TO FORM:

<u>*s/Thomas M. Louis*</u>
Thomas M. Louis (MSB #8484)
Attorney for Defendant/Third-Party Plaintiff

<u>*s/Andrew McCullough*</u>
Andrew McCullough (MSB # 100424)
Attorney for Third-Party Defendant,
Clifford-Lee & Associates